IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

JERRY A. WEST,

    Petitioner,

v.       CASE NO.  4:13-cv-299-MW/CAS

STATE OF FLORIDA,

    Respondent.

***************************

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION AND TRANSFERRING CASE TO THE MIDDLE DISTRICT OF FLORIDA

The Court has considered the Magistrate's Report and Recommendation, ECF No.5, filed June 26, 2013.  No objections having been filed by the Petitioner, and upon consideration,

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion.  The Clerk shall **transfer** this case and any service copies to the United States District Court for the Middle District of Florida, Jacksonville Division.

SO ORDERED on July 15, 2013.

                                        s/Mark E. Walker  
                                        United States District Judge